**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:18-cv-24359-JEM

SERGIO VEIGA, and other similarly situated individuals,

    Plaintiffs,

v.

OC ELECTRICAL LLC, and ZAIRON ROSERO, CARLOS GARCIA,

    Defendants.

_____/

## **DEFENDANTS' RESPONSE TO PLAINTIFF'S STATEMENT OF CLAIM**

Defendants, OC ELECTRICAL LLC, ZAIRON ROSERO, and CARLOS GARCIA, by and through undersigned counsel, hereby file their Response to Plaintiff's Statement of Claim [DE #9] as follows:

During his employment, Plaintiff was paid a weekly salary of $1,000.00 regardless of the amount of hours worked. Plaintiff was classified as an exempt employee, and, thus, was not entitled to additional pay for hours over 40 in any week, to the extent he worked any such hours.

Plaintiff's employment started in the pay period of July 30, 2017 – August 12, 2017 (although he did not work the entire pay period) and ended in the pay period of May 6, 2018 – May 19, 2018.

Respectfully submitted, this 15th day of November, 2019.

>ADI AMIT, P.A.
>*Counsel for Defendants*
>101 Centre
>101 NE Third Ave., Suite 300
>Fort Lauderdale, Florida 33301
>Phone: (954) 533-5922
>E-mail:Adi@defenderofbusiness.com
>
>By: *s/Adi Amit*
>    Adi Amit, Esquire
>    Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2018, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>/s/ *Adi Amit*
>Adi Amit

## SERVICE LIST

*Sergio Veiga et al v. OC Electrical LLC, et al*
Case No. 1:18-cv-24359-JEM

| | |
|---|---|
| J.H. Zidell, Esq. | Adi Amit, Esquire |
| Rivkah F. Jaff, Esq. | ADI AMIT, P.A. |
| Neil Tobak, Esq. | 101 Centre |
| J.H. ZIDELL, P.A. | 101 NE Third Avenue |
| 300 71st Street | Suite 300 |
| Suite 605 | Fort Lauderdale, Florida 33301 |
| Miami Beach, Florida 33141 | adi@defenderofbusiness.com |
| zabogado@aol.com | *Counsel for Defendants* |
| Rivkah.Jaff@gmail.com | |
| Ntobak.zidellpa@gmail.com | |
| *Counsel for Plaintiff* | |