UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:18-cv-24359-AOR

[Consent Case]

SERGIO VEIGA, and other similarly
situated individuals,

    Plaintiff,

v.

OC ELECTRICAL LLC and
ZAIRON ROSERO,

    Defendants.
_____/

**VERDICT**

1. Do you find by a preponderance of the evidence that Plaintiff SERGIO VEIGA worked more than 40 hours in any week for Defendants OC ELECTRICAL LLC and ZAIRON ROSERO?

    Yes __X__ No _____

*If you answered "No" to Question 1, do not answer Questions 2 through 4. If you answered "Yes" to Question 1, please go on to Question 2.*

2. Do you find by a preponderance of the evidence that Plaintiff SERGIO VEIGA was exempt from the overtime provisions of the FLSA pursuant to the executive exemption when he worked for Defendants OC ELECTRICAL LLC and ZAIRON ROSERO?

    Yes __X__ No _____

*If you answered "Yes" to Question 2, do not answer Questions 3 through 4. If you answered "No" to Question 2, please go on to Question 3.*

3. Do you find by a preponderance of the evidence that Defendants OC ELECTRICAL LLC and ZAIRON ROSERO failed to pay Plaintiff SERGIO VEIGA overtime wages as required by law?

   Yes _____ No _____

   *If you answered "No" to Question 3, do not answer Question 4. If you answered "Yes" to Question 3, please go on to Question 4.*

4. What amount do you find by a preponderance of the evidence that Plaintiff SERGIO VEIGA should have been paid in overtime wages?

   $_____

SO SAY WE ALL.

_____
JURY FOREPERSON

_____8/12/22_____
DATE