UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-24359-CIV-AOR

SERGIO VEIGA and all others similarly )
situated under 29 U.S.C. 216(b), )
)
             Plaintiff, )
vs. )
)
OC ELECTRICAL LLC, )
ZAIRON ROSERO, )
CARLOS GARCIA, )
)
             Defendants. )
_____ )

## FINAL DEFAULT JUDGMENT

THIS MATTER is before the Court upon Plaintiff's Motion for Final Default Judgment against Defendant, CARLOS GARCIA, filed on August 19, 2022.

THE Court, having reviewed the Motion and being advised fully in the premises, hereby **ORDERS and ADJUDGES** as follows:

The Motion for Default Final Judgment is **GRANTED**. Judgment hereby is entered in favor of Plaintiff as follows:

Plaintiff SERGIO VEIGA shall take a total sum of **$37,800.00** from Defendant, CARLOS GARCIA, regarding damages for Plaintiff's unpaid overtime wage claims sounding under the FLSA, which sum shall bear interest at the legal rate from the date of this judgment onward and for which sum let execution issue. This judgment shall bear interest in accordance with 29 U.S.C. § 1961.

Further, the Court has determined that Plaintiff is entitled to reasonable attorneys' fees and costs pursuant to 29 U.S.C. 216(b) and the Court reserves to determine the amount of same until after Plaintiff collects the Default Judgment from Defendant CARLOS GARCIA. Plaintiff's

Counsel shall submit a motion for the amount of reasonable attorneys' fees and costs within thirty (30) days after collecting the Judgment from Defendant GARCIA and this Court will retain jurisdiction to award Plaintiff' Counsel any future fees and costs associated with the collection of the final default judgment, if any, by filing of the appropriate motion before this Court. *See DiFrancesco v. Home Furniture Liquidators, Inc.,* 2009 U.S. Dist. LEXIS 736 (S.D. Fla. Jan. 6, 2009).

DONE AND ORDERED in chambers, at Miami, Florida, this _____ day of _____, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
ALICIA OTAZO-REYES

Copies furnished to:
*Counsel and Parties of Record*