UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:18-cv-24359-AOR

[Consent Case]

SERGIO VEIGA, and other similarly
situated individuals,

    Plaintiff,

v.

OC ELECTRICAL LLC,
ZAIRON ROSERO, and
CARLOS GARCIA,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

Based on the Judgment Pursuant to the Verdict of the Jury entered in this case in favor of Defendants OC ELECTRICAL LLC and ZAIRON ROSERO and against Plaintiff SERGIO VEIGA [D.E. 160], it is ORDERED AND ADJUDGED that Plaintiff SERGIO VEIGA's claims against Defendant CARLOS GARCIA are hereby DISMISSED WITH PREJUDICE. All pending motions are DENIED AS MOOT and this case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of September, 2022.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    Counsel of Record

       Mr. Carlos Garcia
       400 SW 89th Court
       Miami, FL 33174
       cgarcia1705@yahoo.com